**No. 58649.**—A. J. Van Dugteren & Sons, Inc. *v.* United States, protests 222152–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of figures the same in all material respects as those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

**No. 58650.**—Albert H. Singer China Fur Corp. and W. J. Byrnes & Co. of N. Y., Inc. *v.* United States, protest 231122–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*

BEFORE THE SECOND DIVISION, DECEMBER 29, 1954

**No. 58651.**—Ernest L. Frankl Associates *v.* United States, protest 229612–K (New York).

Opinion by LAWRENCE, J. An examination of the papers in this case disclosed nothing which would tend in any way to overcome the presumption of correctness attaching to the decision of the collector. The protest was therefore overruled.

**No. 58652.**—Bluefries New York, Inc. *v.* United States, protest 230131–K (New York).

Opinion by LAWRENCE, J. An examination of the papers in this case disclosed nothing which would tend in any way to overcome the presumption of correctness attaching to the decision of the collector. The protest was therefore overruled.

DECEMBER 23, 1954

**No. 58653.**—SUIT 4786.—Atlas Fibers Co., Inc. *v.* United States.—GARNETTED RAYON WASTE—DRAWBACK.—C. D. 1528 affirmed June 24, 1954. C. A. D. 572.